

COM.

v.

MORGAN, A.

83 WDA 2016

Superior Court of Pennsylvania.

09/07/2017

Reargument Denied 10/20/2017

CP–02–CR–0010913–2011 (Allegheny)

Affirmed

S.M.B.

v.

J.M.K.

1810 WDA 2016

Superior Court of Pennsylvania.

09/07/2017

PACSES Case Number: 651109912 (Mercer)

Appeal Dismissed

COM.

v.

MAIER, J.

746 WDA 2016

Superior Court of Pennsylvania.

09/07/2017

CP–02–CR–0016334–2014 (Allegheny)

Affirmed

COM.

v.

EASTMAN, J.

1865 WDA 2016

Superior Court of Pennsylvania.

9/7/2017

CP–30–SA–0000038–2014 (Greene)

Quashed

COM.

v.

FRAUENS, T.

747 WDA 2016

Superior Court of Pennsylvania.

09/07/2017

CP–02–CR–0016336–2014 (Allegheny)

Affirmed

IN the INTEREST OF M.P., Minor,

Appeal of: J.P.

336 WDA 2017

Superior Court of Pennsylvania.

09/07/2017

CP–02–AP–0000073–2016 (Allegheny)

Affirmed

